# Exhibit 14

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VAu611-812

EFFECTIVE DATE OF REGISTRATION
1-12-04
Month / Day / Year

---

**SEPARATE CONTINUATION SHEET.**

**NATURE OF THIS WORK ▼** See instructions

**WILLOW TREE: JANUARY 2004 COLLECTION** — SCULPTURE & PAPER PRODUCTS

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼ — Number ▼ — Issue Date ▼ — On Pages ▼

---

**NAME OF AUTHOR ▼**: SUSAN LORDI MARKER

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1954   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☒ No

**Author's Nationality or Domicile**
Citizen of USA
Domiciled in KANSAS

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

**Author's Nationality or Domicile**
Citizen of ____
Domiciled in ____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**: 2003

**Date and Nation of First Publication of This Particular Work**
Month ____ Day ____ Year ____ Nation ____

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

SUSAN LORDI MARKER
2804 W. 121st TERRACE
LEAWOOD, KS 66209

APPLICATION RECEIVED JAN 12 2004
ONE DEPOSIT RECEIVED JAN 12 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**
- Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
- See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Case 4:11-cv-00162-ODS   Document 1-15   Filed 02/11/11   Page 2 of 3

| | EXAMINED BY | FORM VA |
| --- | --- | --- |
| | CHECKED BY | |
| | ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼       Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

SUSAN LORDI MARKER
2804 W. 121st TERRACE
LEAWOOD, KS 66209

Area code and daytime telephone number   ( 913 ) 345-1334        Fax number  (   )
Email  meadowlark5@kc.rr.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SUSAN LORDI MARKER                                              Date  1-6-04

Handwritten signature (X) ▼
x  Susan Lordi Marker

Certificate will be mailed in window envelope to this address:
Name ▼ SUSAN LORDI MARKER
Number/Street/Apt ▼ 2804 W. 121st TERRACE
City/State/ZIP ▼ LEAWOOD, KS 66209

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.